UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GEORGANN PRICE,**

   Plaintiff,

v.                                              No. 4:23-cv-1210-P

**AMERICAN AIRLINES,**

   Defendant.

# ORDER

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge in this case. ECF No. 10. Defendant failed to timely object to the Magistrate Judge's FCR.

Having therefore conducted a review of the Magistrate Judge's FCR for plain error, and finding none, the Court **AFFIRMS** the Magistrate Judge's findings for the reasons set forth in the FCR.

Accordingly, the Court **AFFIRMS** the Magistrate Judge's FCR (ECF No. 10), **ADOPTS** its reasoning, and **GRANTS** Defendant's Motion to Dismiss (ECF No. 9).

**SO ORDERED** on this **12th day of March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE